UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO TORRES-PEREZ,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. ED CV 15-2595-RSWL (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: 6/6/2016    s/ RONALD S.W. LEW
           Hon. Ronald S.W. Lew
           Senior U.S. District Judge