JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO TORRES-PEREZ,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No. ED CV 15-2595-RSWL (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 6/6/2016        s/ RONALD S.W. LEW

Hon. Ronald S.W. Lew
Senior U.S. District Judge